# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:24-cv-00175-MR

| | |
|---|---|
| DYRALL HARDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| FNU BRADSHAW, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

On August 5, 2024, Plaintiff filed this action under 42 U.S.C. § 1983 and sought to proceed in forma pauperis. [Docs. 1, 2]. The same day, the Clerk ordered Plaintiff's correctional facility to provide Plaintiff's most recent prisoner trust account statement. [Doc. 3]. On August 6, 2024, after having received the statement, the Clerk ordered Plaintiff to pay the full filing fee in this matter and directed the appropriate correctional authority to transmit payment from Plaintiff's prison account. [Doc. 5]. The Clerk, however, did not set a deadline for such payment. [See id.]. To date, the Clerk has not received payment of the filing fee for this action.

Because no deadline was set for payment, before dismissing this action for Plaintiff's failure to prosecute, the Court will give Plaintiff 14 days from this Order to submit full payment of the $405.00 filing fee in accordance with the Clerk's Order. [<u>See</u> Doc. 5].

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff has fourteen (14) days from this Order to submit full payment of the filing fee in this matter. Plaintiff's failure to timely submit such payment will result of dismissal of this action without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED**.

Signed: September 12, 2024

Martin Reidinger
Chief United States District Judge